# Cole Schotz P.C.

1325 Avenue of the Americas
19th Floor
New York, NY 10019
212-752-8000   212-752-8393  fax

—
New Jersey
—
Delaware
—
Maryland
—
Texas
—
Florida

Arianna Christopher Frankl
Admitted in NY and NJ

Reply to New York Office
Writer's Direct Line: 646-563-8943
Writer's Direct Fax: 646-563-7943
Writer's E-Mail: AChristopher@coleschotz.com

August 30, 2017

**Via ECF**

The Honorable Barbara Moses
United States Magistrate Judge
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 920
New York, NY 10007

Re:   **Hanweck Associates, LLC v. Volar Technologies LLC**
Case No. 17-CV-03253 (LTS) (BCM)

Dear Judge Moses:

We represent the Plaintiff, Hanweck Associates, LLC, in the above-captioned action. We write on behalf of the parties to respectfully inform the Court that today, August 30, 2017, the parties reached an agreement to settle the case and are finalizing the settlement documentation.

In view of the foregoing, the parties respectfully submit that the pre-conference statement, due to be filed today, and the initial case management conference, presently scheduled for Wednesday, September 6, 2017, are no longer necessary. The parties intend to file a dismissal of this action as soon as the agreement is consummated, and anticipate such filing will be made within thirty (30) days.

Accordingly, the parties respectfully request that the Court adjourn the upcoming initial case management conference *sine die*, and accept this letter in lieu of the pre-conference statement which would otherwise have been filed today, pending submission of a stipulation of dismissal.

Thank you for Your Honor's time and consideration in this matter.

Respectfully submitted,

*/s/ Arianna Christopher Frankl*

Arianna Christopher Frankl